No. D–2301. IN RE DISBARMENT OF LEO. Disbarment entered. [For earlier order herein, see 535 U. S. 1032.]

No. D–2306. IN RE DISBARMENT OF SCHAEFER. Motion for reconsideration of order of disbarment [536 U. S. 954] denied.

No. D–2311. IN RE DISBARMENT OF RICHARDS. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. D–2314. IN RE DISBARMENT OF CHANCE. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. D–2315. IN RE DISBARMENT OF REEKS. Disbarment entered. [For earlier order herein, see 536 U. S. 901.]

No. D–2316. IN RE DISBARMENT OF MARSHALL. Disbarment entered. , [For earlier order herein, see 536 U. S. 901.]

No. D–2317. IN RE DISBARMENT OF RICHEY. Disbarment entered. [For earlier order herein, see 536 U. S. 901.]

No. D–2318. IN RE DISBARMENT OF HUGHES. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2319. IN RE DISBARMENT OF BAGWELL. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2320. IN RE DISBARMENT OF BELSKY. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2321. IN RE DISBARMENT OF CARON. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2322. IN RE DISBARMENT OF CASSIDY. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2323. IN RE DISBARMENT OF SPITZER. Disbarment entered. [For earlier order herein, see 536 U. S. 902.]

No. D–2324. IN RE DISBARMENT OF WESTBY. Disbarment entered. [For earlier order herein, see 536 U. S. 937.]

No. D–2325. IN RE DISBARMENT OF HOVELL. Disbarment entered. [For earlier order herein, see 536 U. S. 937.]

No. D–2326. IN RE DISBARMENT OF BENJAMIN. Disbarment entered. [For earlier order herein, see 536 U. S. 937.]